UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAROLINA RAI** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ANTONY BLINKEN,** *in his official capacity as U.S. Secretary of State*, <br><br> Defendants. | Civil Action No. 21-cv-863-TSC |

## ORDER

Upon consideration of Defendants' Motion to Clarify, ECF No. 56, and Plaintiffs' Response, ECF No. 57, the court clarifies its September 27, 2021 Preliminary Injunction Order, ECF No. 54, as follows:

1. Defendants shall begin processing and adjudicating the 966 reserved fiscal year 2021 diversity visa applications as soon as it is reasonably feasible to do so. Defendants shall complete the processing and adjudication of those 966 applications by the end of fiscal year 2022.

2. Defendants shall report their progress via a status report on November 15, 2021 and continue reporting every 30-days thereafter until such time as all 966 diversity visa applications have been adjudicated.

Date: October 20, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge